**Enver KARAFILI, Petitioner—Appellant,**

v.

**James E. TILTON, Warden and Edmund G. Brown, Jr., Attorney General of the State of California, Respondents—Appellees.**

No. 09–55388.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 2, 2011.[*]

Filed Sept. 7, 2011.

Enver Karafili, Vacaville, CA, pro se.

Quisteen Shum, Esquire, Deputy Attorney General, Office of the California Attor-

---

[*] The panel unanimously concludes this case is suitable for decision without oral argument.

*See* Fed. R.App. P. 34(a)(2).

ney General, San Diego, CA, for Respondents–Appellees.

Before: ALARCÓN, O'SCANNLAIN, and SILVERMAN, Circuit Judges.

MEMORANDUM **

Enver Karafili appeals the district court's dismissal of his 28 U.S.C. § 2254 habeas petition as untimely pursuant to 28 U.S.C. § 2244(d)(1). We affirm.

The district court did not err in finding that Karafili's mental condition was not so severe that he was unable to file a timely federal petition. *See Bills v. Clark*, 628 F.3d 1092, 1099–1100 (9th Cir.2010). As for Karafili's limited English skills, the record does not establish that he requested and was unable to obtain a translator or that it was his limited English skills that caused him to file an untimely federal petition. *Cf. Mendoza v. Carey*, 449 F.3d 1065, 1071 (9th Cir.2006). Equitable tolling was correctly denied.

We decline to certify the uncertified issues raised by Karafili.

AFFIRMED.

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

* The panel unanimously concludes this case is suitable without oral argument. *See* Fed. R.App. P. 34(a)(2).